Appeal No.: 06-14-00053-CR

RECEIVED IN
The Court of Appeals
Sixth District

JUN 2 2 2015

Texarkana, Texas
Debra Autrey, Clerk

In The

Sixth Court of Appeals
At Texarkana, Texas

FILED IN
The Court of Appeals
Sixth District

JUN 2 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Anthony David Teague
Appellant

v.

THE STATE OF TEXAS
Appellee

APPEAL OF CAUSE NUMBER 366-82919-2013
FROM THE 219TH JUDICIAL DISTRICT COURT OF
COLLIN COUNTY

MOTION FOR EXTENSION OF TIME TO FILE MOTION
FOR REHEARING OR EN BANC RECONSIDERATION

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now, Anthony David Teague, Appellant pro se, and respectfully moves the Court to extend the deadline for filing a motion for rehearing by sixty (60) days. In support, Appellant would show the following;

I

The Appellant was convicted in the 219th District Court of Collin County, Texas of the offense of Stalking in Cause No. 366-82919-2013, styled State of Texas vs. Anthony David Teague. Appellant appealed to the Court of Appeals, 6th Supreme Judicial District. The case was affirmed May 13, 2015.

## II

The deadline for filing a Motion for Rehearing was May 28, 2015.

## III.

Appellant's request is based upon the following facts: Appellant did not have actual knowledge of this court's decision until June 2, 2015.

## IV

The present deadline for filing a Motion for Extension of Time to file a Motion for Rehearing is June 17, 2015

WHEREFORE, Appellant prays this court grant the motion to extend Time to File a Motion for Rehearing in Case No. 06-14-00053-CR

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion for Extension of Time to file a Motion for Rehearing has been forwarded by U.S Mail, postage prepaid, first class, to the Attorney for State John R. Rolater Jr. at 2100 Bloomdale Rd Ste. 200 McKinney, TX 75071.

X _Anthony David Teague_
Appellant, pro se

I, Anthony David Teague, TDCJ #1976916, being presently incarcerated in the Dalhart Unit of the Texas Department of Criminal Justice in Hartley County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 16th day of June, 2015.

X _Anthony David Teague_
Anthony David Teague #1976916
TDCJ Dalhart Unit
11950 FM 998
Dalhart, TX 79022